**Order entered April 28, 2020**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-19-00892-CV**

**LOIS YVONNE HUNTRESS, Appellant**

**V.**

**HICKORY TRAIL HOSPITAL, L.P. AND JELIL ONANUGA, M.D.,**
**Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14354**

**ORDER**

Appellant's motion for extension of time to file reply brief is **GRANTED**, and appellant's reply brief received April 23, 2020, is **ORDERED** filed as of the date of this order. We further **GRANT** appellees leave to file a sur-reply brief; any sur-reply brief must be filed by May 5, 2020.

/s/    LANA MYERS
        PRESIDING JUSTICE